UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV** 09-1986-DMG (PLAx) | Date | October 26, 2010 |
|---|---|---|---|
| Title | *Kenneth M. Stern v. Robert Weinstein, et al.* | | |

Present: The Honorable   DOLLY M.. GEE, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **[IN CHAMBERS]   ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH ORDER TO PARTICIPATE IN EARLY MEDIATION**

Pursuant to the Scheduling and Case Management Order for Jury Trial [Doc. # 104] filed herein on May 17, 2010, the parties were ordered to complete Early Mediation by August 6, 2010 and file a Joint Report Re Early Mediation by August 13, 2010.

The parties apparently have failed to do so.  Accordingly, IT IS ORDERED that Plaintiff and Defendants show cause in writing no later than **November 5, 2010** why they should not be sanctioned for their non-compliance with the Court's Order by (1) failing to complete Early Mediation by August 6, 2010 and (2) failing to file a Joint Report Re Early Mediation by August 13, 2010.

Counsel are advised that the Court expects their compliance with all other dates set forth in the Scheduling and Case Management Order of May 17, 2010, including the filing of the Status Report re Settlement by November 19, 2010.

IT IS SO ORDERED.