Steven R. Yee (SBN 155671)
Steve R. Belilove (SBN 119506)
Jennifer M. Lim (SBN 240478)
**YEE & BELILOVE, LLP**
3452 East Foothill Boulevard, Suite 1000
Pasadena, California 91107-6033
Telephone: (626) 449-8000
Facsimile: (626) 449-8009

Attorneys for **Defendant SARA ANN WEINSTEIN**

YEE & BELILOVE, LLP
3452 EAST FOOTHILL BOULEVARD, SUITE 1000
PASADENA, CALIFORNIA 91107-6033
TELEPHONE (626) 449-8000
FACSIMILE (626) 449-8009

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KENNETH M. STERN,

Plaintiff,

vs.

ROBERT WEINSTEIN; SARA ANN WEINSTEIN; WHITE, ZUCKERMAN, WARSAVSKY, LUNA, WOLF & HUNT LLP; VENITA MCMORRIS; BARBARA LUNA; AND DOES 2-4, 9-10,

Defendants.

CASE NO. CV09 1986 DMG (PLAx)

[Judge Dolly M. Gee; Magistrate Judge Paul Abrams]

**MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

**TO THE ABOVE-ENTITLED COURT:**

The parties hereby submit their contentions of fact and law pursuant to Local Rule 16.

**Plaintiff's Contentions**:

1. Plaintiff is the author of the involved writing.

2. The writing is copyrightable.

3. The writing has been copyrighted as of March 26, 2007.

4. Plaintiff did not give defendants permission to copy his writing and distribute such to persons not entitled, pursuant to the CAALA listserv confidentiality agreement, in effect March 26, 2007, to obtain a copy of said

writing.

5. The involved writing states, "Has anyone had a problem with White, Zuckerman ... cpas including their economist employee Venita McMorris over billing or trying to churn the file?"

6. Defendants copied and distributed said writing, to person(s) who were not entitled to obtain such writings, pursuant to the CAALA listserv confidentiality agreement, in effect March 26, 2007, without plaintiff's permission.

7. Said copying and distribution was a direct violation of plaintiff's copyright.

8. Each defendant further contributorily violated plaintiff's copyright by each said defendant attempting to conceal the other defendant's involvement in the direct violation of plaintiff's copyright.

**Defendant Robert Weinstein's Contentions**:

1. Plaintiff's writing is not copyrightable.

2. Defendant Robert Weinstein did not copy or distribute the subject writing.

3. Plaintiff did not suffer actionable damages.

4. Plaintiff's writing was not copyrighted at the time of the alleged infringement.

**Defendant Sara Weinstein's Contentions**:

1. Plaintiff's writing is not copyrightable.

2. Plaintiff's writing was not copyrighted at the time of the alleged infringement.

3. Defendant Sara Weinstein did not have access to plaintiff's writing at the time of the alleged infringement.

4. Defendant Sara Weinstein did not copy or distribute the subject writing.

5. Defendant Sara Weinstein has never been a member of any of

YEE & BELILOVE, LLP
3452 EAST FOOTHILL BOULEVARD, SUITE 1000
PASADENA, CALIFORNIA 91107-6033
TELEPHONE (626) 449-8000
FACSIMILE (626) 449-8009

YEE & BELILOVE, LLP
3452 EAST FOOTHILL BOULEVARD, SUITE 1000
PASADENA, CALIFORNIA 91107-6033
TELEPHONE (626) 449-8000
FACSIMILE (626) 449-8009

CAALA's List Serves and is not familiar with any confidentiality agreements that may be associated with same.

6. Plaintiff did not suffer any actionable damages.

DATED: December ___, 2010

LAW OFFICES OF KENNETH M. STERN

By: /s/ Kenneth M. Stern
KENNETH M. STERN
Plaintiff in Pro Per

DATED: December ___, 2010

YEE & BELILOVE, LLP

By: /s/ Steve R. Belilove
STEVEN R. YEE
STEVE R. BELILOVE
Attorneys for **Defendant SARA ANN WEINSTEIN**

DATED: December ___, 2010

MURCHISON & CUMMING, LLP

By: /s/ Edmund G. Farrell, III
EDMUND G. FARRELL III
ADRIAN J. BARRIO
Attorneys for **Defendant ROBERT WEINSTEIN**

K:\1242 - Arch\062 - Stern\Pleadings\Trial\Contentions of Fact and Law.wpd

YEE & BELILOVE, LLP
3452 EAST FOOTHILL BOULEVARD, SUITE 1000
PASADENA, CALIFORNIA 91107-6033
TELEPHONE (626) 449-8000
FACSIMILE (626) 449-8009

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3452 East Foothill Boulevard, Suite 1000, Pasadena, California 91107-6033.

On **December 21, 2010**, I served the foregoing document described as **MEMORANDUM OF CONTENTIONS OF FACT AND LAW** on all interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the **ATTACHED SERVICE LIST**.

(X) **BY MAIL** as follows:

( ) **STATE** - I am "readily familiar" with Yee & Belilove, LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

(X) **FEDERAL** - I deposited such envelope in the U.S. Mail at Pasadena, California with postage thereon fully prepaid.

( ) **BY EXPRESS MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at Pasadena, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

( ) **BY CERTIFIED MAIL** as follows: I am "readily familiar" with Yee & Belilove, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt Requested, on the above date according to Yee & Belilove, LLP's ordinary business practice.

( ) **BY PERSONAL SERVICE** as follows: I caused a copy of such documents to be delivered by hand to the offices of the addressee between the hours of 9:00 a.m. and 5:00 p.m.

( ) **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

( ) **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed above, by use of facsimile machine telephone number (626) 449-8009. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

( ) **FOR REPLY OR OPPOSITION PAPERS:** The foregoing Reply or Opposition papers were also transmitted to the telephone number of the addressee listed above, by use of facsimile machine telephone number (626) 449-8009, consistent with the provisions of Cal. Civ. Proc. Code Sections 1010, 1011, 1012, and 1013, and said transmission was reasonably calculated to ensure delivery to all other interested parties to the within action not later than the close of the next business day after the date the foregoing Reply or Opposition papers were filed, pursuant to Cal. Civ. Proc. Code Section 1005(b). The facsimile machine used complied with California Rules of Court, Rule 2004, no error was reported by the machine, and a transmission record of the transmission was printed.

( ) **STATE** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 21, 2010**, at Pasadena, California.

Vanessa Ngo

YEE & BELILOVE, LLP
3452 EAST FOOTHILL BOULEVARD, SUITE 1000
PASADENA, CALIFORNIA 91107-6033
TELEPHONE (626) 449-8000
FACSIMILE (626) 449-8009

**SERVICE LIST**
***Stern v. Weinstein, et al.***
**USDC - Central District Case No. CV09 1986 GHK (PLAx)**
**File No.: 1242-062**

| | |
|---|---|
| Kenneth M. Stern, Esq.<br>Law Offices of Kenneth M. Stern<br>5850 Canoga Avenue, Fourth Floor<br>Woodland Hills, California 91367<br>(818) 716-1101<br>Fax (818) 710-3838<br><br>**Plaintiff IN PRO PER** | Joshua Sable, Esq.<br>Glenn J. Plattner, Esq.<br>Shelly C. Gopaul, Esq.<br>Bryan Cave LLP<br>120 Broadway<br>Suite 300<br>Santa Monica, CA 90401<br>(310) 576-2158<br>Fax (310) 576-2200<br><br>**Attorneys for Defendants VENITA MCMORRIS, BARBARA LUNA, and WHITE, ZUCKERMAN, WARSAVSKY, LUNA, WOLF & HUNT, LLP** |
| Edmund G. Farrell III, Esq.<br>Adrian J. Barrio, Esq.<br>Murchison & Cumming, LLP<br>801 South Grand Avenue<br>9th Floor<br>Los Angeles, CA 90017-4613<br>(213) 623-7400<br>Fax (213) 623-6336<br><br>**Attorneys for Defendant ROBERT WEINSTEIN** | |