# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH M. STERN,<br><br>               Plaintiff,<br><br>    v.<br><br>DOES, et al.,<br><br>               Defendants. | Case No. CV 09-01986 DMG (PLAx)<br><br>**JUDGMENT** |

Pursuant to the Court's February 10, 2011 Order re Defendants' Motions for Summary Judgment and Requests for Attorneys' Fees [Doc. #181], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Robert Weinstein and Sara Ann Weinstein and against Plaintiff Kenneth M. Stern.

**IT IS SO ORDERED**.

DATED:   February 23, 2011

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE