EXHIBIT THREE

1 KENNETH M. STERN
2 5850 Canoga Avenue, Fourth Floor
  Woodland Hills, Ca. 91367
3 (818) 716-1101
4
5 Attorney for Plaintiff, In Propria Persona
6
7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA
9                    WESTERN DIVISION
10

| | |
|---|---|
| KENNETH M. STERN, | NO.  CV 09 1986 DMG (PLAX) |
| Plaintiff, | RULE 26 INFORMATION BY PLAINTIFF. |
| v. | Judge Dolly M. Gee |
| ROBERT WEINSTEIN, SARA ANN WEINSTEIN, WHITE, ZUCKERMAN, WARSAVSKY, LUNA, WOLF & HUNT LLP, VENITA MCMORRIS, BARBARA LUNA AND DOES 2-4, 9-10, | Mag. Judge Paul Abrams |
| Defendants. | |

   COMES NOW PLAINTIFF regarding the FRCP Rule 26 pre discovery requirement. Plaintiff's investigation, discovery and preparation are not yet complete. As such, plaintiff cannot set forth all information that will eventually be used at trial and in preparation of such. However, the following information is submitted.

- 1 -

1. Persons likely to have discoverable information that plaintiff intends to use at trial. Venita McMorris and Barbara Luna. WHITE, ZUCKERMAN, WARSAVSKY, LUNA, WOLF & HUNT, L.L.P, 14455 Ventura Blvd., Third Floor, Sherman Oaks, Ca. 91423. (818) 981-4226. No expert witnesses are anticipated, at this time.

2. Description of category documents to be used at trial.

(a) Plaintiff's writing which is the subject of this action (b) Receipt for copyright registration © copyright registration and confirmation of registration of copyrighted material. Documents are in the possession of plaintiff. (d) letters to White, Zuckerman and defendants.

3. Computation of each category of damages (remedies included).

(a) physical pain and suffering as a result of physical injury from stress causing inflamation which exacerbated plaintiff's severe arthritis in the right hip and emotional distress from having writing stolen, confidence breached and having to deal with such not to exceed $250,000 based upon jury's determination..

(b) actions needed to rectify copyright violation approximate $5,000 to $15,000 based upon time spent on rectifying problem of copyright violation, including approximate $850.00 copyright registration filing fee.

©) destruction of infringing materials and equipment used for infringement.

(d) injunction preventing any further infringement.

DATED: May 6, 2010                     Respectfully submitted,

                                        _____
                                        KENNETH M. STERN, PLAINTIFF
                                        IN PROPRIA PERSONA

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am a resident of the county aforesaid; I am over the age of 18 years. My business address is: 5850 Canoga Avenue, Fourth Floor, Woodland Hills, California 91367. On May 6, 2010, I served the Plaintiff's Rule 26 statement on the defendants in said action by placing a true copy thereof in a sealed envelope with first class postage affixed thereon and mailed in the United States Mail at Los Angeles, California, addressed as follows:

Steven Yee
YEE & BELILOVE
3452 E. Foothill Blvd.
Ste. 1000
Pasadena, Ca. 91107-6033

Adrian J. Barrio
MURCHISON AND CUMMING
801 S. Grand Avenue 9th Fl.
Los Angeles, Ca. 90017

I declare under penalty of perjury the foregoing is true and correct. Executed on May 6, 2010 at Los Angeles, California.

DECLARANT, KENNETH M. STERN